# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 16, 2010

141302-3

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
Plaintiff-Appellee,

v

JEFFREY BERNARD GORECKI,
Defendant-Appellant.

SC: 141302
COA: 288902
Macomb CC: 2008-001783-FH

_____

PEOPLE OF THE STATE OF MICHIGAN,
Plaintiff-Appellee,

v

JEFFREY BERNARD GORECKI,
Defendant-Appellant.

SC: 141303
COA: 288965
Macomb CC: 2008-001784-FC

_____/

On order of the Court, the application for leave to appeal the May 11, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

KELLY, C.J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 16, 2010

_____
Clerk

s1209